IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TAE H. CHON,<br><br>    Plaintiff,<br><br>vs.<br><br>USA, et al.,<br><br>    Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:16-cv-187 BCW-DB<br><br>Judge Dee Benson |

      Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on April 24, 2017, recommending that Plaintiff's Verified Amended Complaint be dismissed under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

      The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  On May 8, Plaintiff Tae H. Chon filed a motion requesting an extension of time, seeking to have until June 12, 2017 to file his objections to the Report and Recommendation.  On May 10, 2017, the Court granted Plaintiff's motion stating "Plaintiff shall file his Objection to the Magistrate's Report and Recommendation on or before June 12, 2017."  (Dkt. No. 40.)

1

On May 11, 2017, Plaintiff filed his "Objections to Report and Recommendation." (Dtk. No. 41.) On May 15, 2017 Plaintiff filed an additional document captioned, "Objections II to Report and Recommendation." (Dkt. No. 43.) Finally, on June 14, 2017, Plaintiff filed "Objections III to Report and Recommendation." (Dkt. No. 44.)

Having reviewed all relevant materials, including Plaintiff's series of *pro se* objections, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge.

Accordingly, the court ADOPTS the Report and Recommendation and Plaintiff's Verified Amended Complaint is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

IT IS SO ORDERED.

DATED this 20th day of June, 2017.

_____
Dee Benson
United States District Judge